IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHI LUI,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, et al.<br><br>    Defendant.<br>_____/ | No. C 08-02601 JSW<br><br>**ORDER TO SHOW CAUSE** |

On May 22, 2008, Plaintiff Chi Lui filed a document entitled "Petition for Writ of Mandamus and Complaint for Declaratory and Injunctive Relief." Plaintiff seeks relief, in part, pursuant to 28 U.S.C. § 1361. Accordingly, Defendants are HEREBY ORDERED to show cause why the writ should not be granted.

Defendants' response shall be due on July 11, 2008. Plaintiff's reply shall be due on July 25, 2008. The Court shall set this matter down for hearing on August 15, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 10, 2008

                                                      JEFFREY S. WHITE<br>
                                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHI LUI,

      Plaintiff,

  v.

MICHAEL CHERTOFF et al,

      Defendant.

Case Number: CV08-02601 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chi Liu
3660 Andrews Drive, Apt. 208
Pleasanton, CA 94588

Dated: June 10, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk