JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

FILED
JUN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CHI LIU,

            Plaintiff,

    v.

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security;
ROBERT S. MUELLER, Director of
Federal Bureau of Investigation (FBI);
EMILIO T. GONZALEZ, Director of United
States Citizenship and Immigration Services;
PAUL NOVAK, USCIS Vermont Service Center;
EVELYN UPCHURCH, USCIS Texas Service
Center Director,

            Defendants.

No. C 08-2601 JSW

**STIPULATION TO DISMISS AND [PROPOSED] ORDER**

    Plaintiff, appearing *pro se*, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

    The parties also request that the Court vacate the order to show cause hearing scheduled for August 15, 2008.

///

///

Stipulation to Dismiss
C08-2601 JSW                                1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: June 19, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: June 19, 2008

_____/s/_____
CHI LIU
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: JUN 2 4 2008

JEFFREY S. WHITE
United States District Judge

Stipulation to Dismiss
C08-2601 JSW                    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHI LUI,

        Plaintiff,

  v.

MICHAEL CHERTOFF et al,

        Defendant.
/

Case Number: CV08-02601 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chi Liu
3660 Andrews Drive, Apt. 208
Pleasanton, CA 94588

Dated: June 24, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk